JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norman John Craig,<br><br>           Petitioner,<br><br>v.<br><br>Jim Thomas,<br><br>           Respondent. | CASE NO. 2:21-cv-07358-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: October 1, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE